# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAISANI REYNOLDS,<br><br>        Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN, Warden,<br><br>        Respondent. | Case No. CV 17-00591 JAK (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

The Report and Recommendation is ordered corrected on page 21, lines 20-21. The words "insufficiency-of-the-evidence claim" are deleted and replaced with the word "claims."

Petitioner's objections are overruled. In particular, petitioner's argument that his appointed counsel failed to investigate evidence of police misconduct is unfounded. Petitioner did not allege police misconduct as a basis for his overarching claims that he was entitled to self-representation or substitution of

counsel.  In any event, appointed counsel did in fact file a motion under *Pitchess v. Superior Court*, 11 Cal. 3d 531 (1974), for discoverable material about the police officers in this case, but that process yielded no discoverable material.  (2 RT at B-7.)  Appointed counsel also explored an issue as to whether an eyewitness, Delores Porter, had been prompted by the police to select petitioner's photograph from a six-pack lineup, but Porter and the officer testified that Porter selected petitioner's photograph without any prompting, and their testimony was corroborated by videotape.  (4 RT 1802, 1805, 1829, 2146).

The Court accepts the findings and recommendations of the Magistrate Judge.  IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) petitioner's request for an evidentiary hearing is denied; and (3) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: November 16, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE