# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAISANI REYNOLDS,<br><br>        Petitioner,<br>  v.<br>RAYMOND MADDEN, Warden,<br><br>        Respondent. | Case No. CV 17-00591 JAK (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 16, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE